DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendants
JUSTIN BALDONI; WAYFARER
ENTERTAINMENT; LIONS GATE
ENTERTAINMENT INC.; and CBS
FILMS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS FLORES, an individual, | Case No.: 2:21-cv-07063-SK |
| Plaintiff, | Assigned to Hon. Steve Kim |
| v. | |
| JUSTIN BALDONI, an individual; CALEB REMINGTON, an individual; WAYFARER ENTERTAINMENT, a California limited liability company; WELLE ENTERTAINMENT, a partnership of unknown origin; LIONSGATE, INC., a California corporation; CBS FILMS, INC. a Delaware corporation AMBRY GENETICS CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**Requested New Due Date:** January 28, 2022 |
| Defendants. | |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

21563136.1
202830-10074

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT

This Stipulation is entered into by Plaintiff TRAVIS FLORES ("Plaintiff") and Defendants JUSTIN BALDONI; WAYFARER ENTERTAINMENT; LIONS GATE ENTERTAINMENT INC.; CBS FILMS, INC. ("Film Defendants"); Defendant CALEB REMINGTON ("Remington"); and Defendant AMBRY GENETICS CORPORATION ("Ambry") (collectively, "Defendants") by and through their respective counsel, with reference to the following facts and recitals:

1. The existing deadline for Defendants Wayfarer, Lions Gate and CBS Films to answer, move, or otherwise respond to Plaintiff's Complaint in the above-referenced matter is December 20, 2021;

2. The existing deadline for Defendant Remington to answer, move, or otherwise respond to Plaintiff's Complaint in the above-referenced matter is December 13, 2021;

3. The existing deadline for Defendant Ambry to answer, move, or otherwise respond to Plaintiff's Complaint in the above-referenced matter is December 29, 2021;

4. The existing deadline for Defendant Baldoni to answer, move, or otherwise respond to Plaintiff's Complaint in the above-referenced matter is January 28, 2022;

5. The parties have agreed to continue the deadline for the Defendants to respond to the Complaint, up to and including, January 28, 2022.

**NOW, THEREFORE**, the parties hereby stipulate and agree, subject to Court approval, to extend the date by which Defendants are required to answer, move, or otherwise respond to Plaintiff's Complaint to January 28, 2022.

///
///
///
///
///

Nothing in this stipulation shall be construed as a waiver or relinquishment of any party's rights, remedies, objections, or defenses, all of which are expressly reserved.

IT IS SO STIPULATED

Dated:  December 14, 2021       FREEDMAN + TAITELMAN, LLP
                                Bryan J. Freedman
                                Steven B.F. Stiglitz

                                By:  */s/ Steven B.F. Stiglitz*
                                    Steven B.F. Stiglitz
                                    Attorneys for Plaintiff

Dated:  December 14, 2021       LOEB & LOEB LLP
                                DAVID GROSSMAN

                                By:  */s/ David Grossman*
                                    David Grossman
                                    Attorneys for Defendants
                                    JUSTIN BALDONI; WAYFARER
                                    ENTERTAINMENT; LIONS GATE
                                    ENTERTAINMENT INC.; and CBS
                                    FILMS, INC.

Dated:  December 14, 2021       GOODWIN PROCTER LLP
                                DARRYL M. WOO

                                By:  */s/ Darryl M. Woo*
                                    Darryl M. Woo
                                    Attorneys for Defendant
                                    AMBRY GENETICS CORPORATION

Dated:  December 14, 2021       CARPENTER & ZUCKERMAN
                                JOHN P. KRISTENSEN

                                By:  */s/ John P. Kristensen*
                                    John P. Kristensen
                                    Attorneys for Defendant
                                    CALEB REMINGTON

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

21563136.1
202830-10074

3

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT

## SIGNATURE ATTESTATION

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all of the signatories listed above, and on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  December 14, 2021         LOEB & LOEB LLP
                                  DAVID GROSSMAN


                                  By: */s/ David Grossman*
                                      David Grossman
                                      Attorneys for Defendants
                                      JUSTIN BALDONI; WAYFARER
                                      ENTERTAINMENT; LIONS GATE
                                      ENTERTAINMENT INC.; and CBS
                                      FILMS, INC.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

21563136.1
202830-10074

4

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT