UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS FLORES, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSTIN BALDONI, an individual; CALEB REMINGTON, an individual; WAYFARER ENTERTAINMENT, a California limited liability company; WELLE ENTERTAINMENT, a partnership of unknown origin; LIONSGATE, INC., a California corporation; CBS FILMS, INC. a Delaware corporation AMBRY GENETICS CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-07063-SK<br><br>Assigned to Hon. Steve Kim<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**Requested New Due Date:** January 28, 2022 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

21563415.2
202830-10074

[PROPOSED] ORDER GRANTING
STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT

The Court, having read and considered the Stipulation to extend time entered into by TRAVIS FLORES ("Plaintiff") and Defendants JUSTIN BALDONI; WAYFARER ENTERTAINMENT; LIONS GATE ENTERTAINMENT INC.; CBS FILMS, INC. ("Film Defendants"); Defendant CALEB REMINGTON ("Remington"); and Defendant AMBRY GENETICS CORPORATION ("Ambry") (collectively, "Defendants"), to respond to Plaintiff's Complaint, and finding good cause appearing therefore,

**HEREBY ORDERS THAT**, the date by which Defendants are required to answer, move, or otherwise respond to Plaintiff's Complaint shall be extended to January 28, 2022.

**IT IS SO ORDERED.**

Dated: _____, 2021

Hon. Steve Kim
United States Magistrate Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

21563415.2
202830-10074

2

[PROPOSED] ORDER GRANTING
STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT