FREEDMAN + TAITELMAN, LLP
Bryan J. Freedman, Esq. (SBN 151990)
Steven B.F. Stiglitz (SBN 222667)
e-mail: bfreedman@ftllp.com
         sstiglitz@ftllp.com
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Fax: (310) 201-0045

Attorneys for Plaintiff
Travis Flores

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS FLORES, an individual, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN BALDONI, an individual; CALEB REMINGTON, an individual; WAYFARER ENTERTAINMENT, a California limited liability company; WELLE ENTERTAINMENT, a partnership of unknown origin; LIONSGATE, INC., a California corporation; CBS FILMS, INC. a Delaware corporation AMBRY GENETICS CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-07063-SK <br><br> Assigned to Hon. Fernando L. Aenlle-Rocha <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> **Requested New Due Date:** February 14, 2022 |

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT

This Stipulation is entered into by Plaintiff Travis Flores ("Plaintiff") and Defendants JUSTIN BALDONI; WAYFARER ENTERTAINMENT; LIONS GATE ENTERTAINMENT INC.; and CBS FILMS, INC. ("Film Defendants"); CALEB REMINGTON ("Remington") and Defendant AMBRY GENETICS CORPORATION ("Ambry") (collectively, "Defendants") by and through their respective counsel, with reference to the following facts and recitals:

1. The initial deadline for Defendants Wayfarer, Lions Gate and CBS Films to answer, move, or otherwise respond to Plaintiff's Complaint in the above-referenced matter was December 20, 2021;

2. The initial deadline for Defendant Remington to answer, move, or otherwise respond to Plaintiff's Complaint in the above-referenced matter was December 13, 2021;

3. The initial deadline for Defendant Ambry to answer, move, or otherwise respond to the Complaint in the above-referenced matter was December 29, 2021;

4. The initial deadline for Defendant Baldoni to respond to the Complaint was January 28, 2022;

5. The parties previously agreed to continue the deadline for all Defendants to respond to the Complaint, up to and including, January 28, 2022.

6. The parties now have agreed to continue the deadline for all Defendants to respond to the Complaint, up to and including, February 14, 2022.

**NOW, THEREFORE**, the parties hereby stipulate and agree, subject to Court approval, to extend the date by which all Defendants are required to answer, move, or otherwise respond to Plaintiff's Complaint from January 28, 2022 to February 14, 2022.

//

//

//

Nothing in this stipulation shall be construed as a waiver or relinquishment of any party's rights, remedies, objections, or defenses, all of which are expressly reserved.

IT IS SO STIPULATED

Dated: January 14, 2022

FREEDMAN + TAITELMAN, LLP
Bryan J. Freedman
Steven B.F. Stiglitz

By: __/s/ Steven B.F. Stiglitz__
Steven B.F. Stiglitz
Attorneys for Plaintiff

Dated: January 14, 2022

LOEB & LOEB LLP
DAVID GROSSMAN

By: __/s/ David Grossman__
David Grossman
Attorneys for Defendants
JUSTIN BALDONI; WAYFARER ENTERTAINMENT; LIONS GATE ENTERTAINMENT INC.; and CBS FILMS, INC.

Dated: January 14, 2022

GOODWIN PROCTER LLP
DARRYL M. WOO

By: __/s/ Darryl M. Woo__
Darryl M. Woo
Attorneys for Defendant
AMBRY GENETICS CORPORATION

Dated: January 14, 2022

CARPENTER & ZUCKERMAN
JOHN P. KRISTENSEN

By: __/s/ John P. Kristensen__
John P. Kristensen
Attorneys for Defendant
CALEB REMINGTON

## SIGNATURE ATTESTATION

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all of the signatories listed above, and on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: January 14, 2022

FREEDMAN + TAITELMAN, LLP
Bryan J. Freedman
Steven B.F. Stiglitz

By: /s/ Steven B.F. Stiglitz
Steven B.F. Stiglitz
Attorneys for Plaintiff