DARRYL M. WOO (SBN 100513)
DWoo@goodwinlaw.com
**GOODWIN PROCTER** LLP
Three Embarcadero Center, Suite 2800
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

ELIZABETH J. LOW (SBN 308098)
ELow@goodwinlaw.com
**GOODWIN PROCTER** LLP
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752-3100
Fax: +1 650 853-1038

Attorneys for Defendant
Ambry Genetics Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS FLORES,<br><br>            Plaintiff,<br><br>     v.<br><br>JUSTIN BALDONI, an individual; CALEB REMINGTON, an individual; WAYFARER ENTERTAINMENT, a California limited liability company; WELLE ENTERTAINMENT, a partnership of unknown origin; LIONSGATE, INC., a California corporation; CBS FILMS, INC. a Delaware corporation; AMBRY GENETICS CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 2:21-cv-7063-FLA(GSJx)<br><br>**AMBRY GENETICS CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS I AND II OF PLAINTIFF'S COMPLAINT**<br><br>Date:         April 8, 2022<br>Time:        1:30 p.m.<br>Courtroom: 6B<br>Judge:       Hon. Fernando L. Aenlle-Rocha<br><br>Filed Concurrently with:<br>  1. Memorandum of Points and Authorities<br>  2. Declaration of Darryl M. Woo<br>  3. Request for Judicial Notice<br>  4. [Proposed] Order |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 8, 2022 at 1:30 p.m., or as soon thereafter as may be heard, in Courtroom 6B in the Central District of California, located at the First Street Courthouse, 350 W. 1st Street, Courtroom 6B, 6th Floor, Los Angeles, California 90012, before the Honorable Fernando L. Aenlle-Rocha, Defendant Ambry Genetics Corp. ("Ambry") will and hereby does move to dismiss each and all of Counts I and II of the Complaint as to Ambry, the sole claims asserted against it, under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted.

This Motion is based upon this Notice of Motion; the concurrently-filed Memorandum of Points and Authorities in support thereof, Declaration of Darryl M. Woo, and Request for Judicial Notice; all papers from this case on file with the Court, and any further evidence or argument offered to the Court before or at the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3 and Paragraph I of the Court's Standing Order, which took place on January 27, 2022.  Declaration of Darryl M. Woo ¶ 2.

Dated:       February 28, 2022            GOODWIN PROCTER LLP


By: */s/ Darryl M. Woo*
Darryl M. Woo
DWoo@goodwinlaw.com
Elizabeth J. Low
ELow@goodwinlaw.com

Attorneys for Defendant
Ambry Genetics Corporation

1
AMBRY'S NOTICE OF MOTION AND MOTION TO DISMISS
CASE NO. 21-CV-7063