DARRYL M. WOO (SBN 100513)
DWoo@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, Suite 2800
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

ELIZABETH J. LOW (SBN 308098)
ELow@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752-3100
Fax: +1 650 853-1038

Attorneys for Defendant
Ambry Genetics Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS FLORES,<br><br>    Plaintiff,<br><br>v.<br><br>JUSTIN BALDONI, an individual; CALEB REMINGTON, an individual; WAYFARER ENTERTAINMENT, a California limited liability company; WELLE ENTERTAINMENT, a partnership of unknown origin; LIONSGATE, INC., a California corporation; CBS FILMS, INC. a Delaware corporation; AMBRY GENETICS CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-7063-FLA(GSJx)<br><br>**DECLARATION OF DARRYL M. WOO IN SUPPORT OF AMBRY GENETICS CORPORATION'S MOTION TO DISMISS COUNTS I AND II OF PLAINTIFF'S COMPLAINT**<br><br>Date:    April 8, 2022<br>Time:    1:30 p.m.<br>Courtroom:    6B<br>Judge:    Hon. Fernando L. Aenlle-Rocha<br><br>Filed Concurrently with:<br>1. Notice of Motion and Motion<br>2. Memorandum of Points and Authorities<br>3. Request for Judicial Notice<br>4. [Proposed] Order |

**DECLARATION OF DARRYL M. WOO**

I, Darryl M. Woo, declare as follows:

1. I am a partner at the law firm of Goodwin Procter LLP and counsel of record for Defendant Ambry Genetics Corporation ("Ambry"). I make this declaration in support of Ambry's Motion to Dismiss. I have personal knowledge of the matters stated herein, and, if called as a witness, I would and could competently testify as to the following.

2. Pursuant to Local Rule 7-3 and Paragraph I of the Court's Standing Order, on January 27, 2022, counsel for Plaintiff Travis Flores ("Flores") and I telephonically met and conferred to discuss the substance of Ambry's Motion to Dismiss. The parties were unable to resolve their disputes.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th of February, 2022 in San Francisco, California.

                                                  */s/ Darryl M. Woo*
                                                  Darryl M. Woo