| | |
|---|---|
| 1 | DARRYL M. WOO (SBN 100513)<br>DWoo@goodwinlaw.com |
| 2 | **GOODWIN PROCTER LLP**<br>Three Embarcadero Center, Suite 2800 |
| 3 | San Francisco, California  94111<br>Tel.: +1 415 733 6000 |
| 4 | Fax: +1 415 677 9041 |
| 5 | ELIZABETH J. LOW (SBN 308098)<br>ELow@goodwinlaw.com |
| 6 | **GOODWIN PROCTER LLP**<br>601 Marshall Street |
| 7 | Redwood City, California  94063<br>Tel.: +1 650 752-3100 |
| 8 | Fax: +1 650 853-1038 |
| 9 | Attorneys for Defendant<br>Ambry Genetics Corporation |
| 10 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS FLORES,<br><br>            Plaintiff,<br><br>       v.<br><br>JUSTIN BALDONI, an individual; CALEB REMINGTON, an individual; WAYFARER ENTERTAINMENT, a California limited liability company; WELLE ENTERTAINMENT, a partnership of unknown origin; LIONSGATE, INC., a California corporation; CBS FILMS, INC. a Delaware corporation; AMBRY GENETICS CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 2:21-cv-7063-FLA(GSJx)<br><br>**AMBRY GENETICS CORPORATION'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:          April 8, 2022<br>Time:         1:30 p.m.<br>Courtroom: 6B<br>Judge:        Hon. Fernando L. Aenlle-Rocha<br><br>Filed Concurrently with:<br>1. Notice of Motion and Motion<br>2. Memorandum of Points and Authorities<br>3. Declaration of Darryl M. Woo<br>4. [Proposed] Order |

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201(b), Defendant Ambry Genetics Corporation ("Ambry") requests that the Court take judicial notice of:

(1) a January 26, 2017 article by Anita Busch, titled "CBS Films Buys Untitled Justin Baldoni Pitch In Vein Of 'The Fault In Our Stars,'" available at https://deadline.com/2017/01/cbs-films-here-now-ya-movie-pitch-mikki-daughtry-tobias-iaconis-1201893672/ (last accessed February 25, 2022), attached as **Exhibit A**.

(2) the November 2, 2018 film trailer for Five Feet Apart posted by @fivefeetapartfilm on Instagram (https://www.instagram.com/tv/BprydRSlNNA/), represented by a screenshot of the same attached as **Exhibit B**; and

(3) the January 16, 2019 film trailer for Five Feet Apart posted by CBS Films on YouTube (https://www.youtube.com/watch?v=Kwg07npuJhw), represented by a screenshot of the same attached as **Exhibit C.**

**Exhibit A** is a true and correct copy of a January 26, 2017 article written by Anita Busch, titled CBS Films Buys Untitled Justin Baldoni Pitch In Vein Of 'The Fault In Our Stars," and available at https://deadline.com/2017/01/cbs-films-here-now-ya-movie-pitch-mikki-daughtry-tobias-iaconis-1201893672/. "Courts may take judicial notice of publications introduced to indicate what was in the public realm at the time, not whether the contents of those articles were in fact true." *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) (cleaned up) (taking "judicial notice of the fact that various newspapers, magazines, and books have published [certain] information"); *Sanchez v. Am. Media, Inc.*, No. CV 20-2924-DMG (PVCx), 2021 WL 4731344, at *4 (C.D. Cal. July 13, 2021) (taking judicial notice of an online news article to 'indicate what was in the public realm at the time,' not for 'whether the contents of those articles were in fact true.'") (quoting *Von Saher*, 592 F.3d at 960); *2Die4Kourt*, 2016 WL 4487895, at *1 n.1 (taking judicial notice of thirty-four online news articles and social media posts).

1

Ambry does not offer this article for the truth, but rather to show that the contents of the article was publicly known in January 2017, including the ideas revealed, the names of the writers, and text stating: "The YA [Young Adult] story, in the vein of *The Fault in Our Stars*, is a tear-jerking romancer about two teens with life-threatening illnesses who meet in a hospital and fall in love, despite the fact that their fragile health makes them an imminent danger to each other." Judicial notice of this article is therefore proper.

**Exhibit B** is a screenshot representation of the contents of a November 2, 2018 post by the *Five Feet Apart* film's verified Instagram page, @fivefeetapartfilm, and available at https://www.instagram.com/tv/BprydRSlNNA/. The post provides a publicly viewable trailer for *Five Feet Apart*. Ambry does not offer the Instagram post for the truth of the matter asserted. Instead, Ambry offers the post and the *Five Feet Apart* trailer for their contents and that they were publicly available as early as November 2, 2018. Judicial notice of Exhibit A is proper under such circumstances. *Young v. Greystar Real Est. Partners, LLC*, No. 18-cv-02149-BEN-MSB, 2019 WL 4169889, at *2 (S.D. Cal. Sept. 3, 2019) (taking judicial notice of Facebook and Instagram posts); *Lifeway Foods, Inc. v. Millenium Prod., Inc.*, No. CV 16-7099-R, 2016 WL 7336721, at *1 (C.D. Cal. Dec. 14, 2016) ("Defendants offer screenshots from CocoKefir's social media pages for judicial notice. Defendants do not offer the social media for the truth of the matters asserted, but rather for the fact that Lifeway could have observed CocoKefir's public activity from 2011 until present day. All of the documents are properly subject to judicial notice."); *2Die4Kourt v. Hillair Cap. Mgmt., LLC*, No. SACV 16-01304 JVS(DFMx), 2016 WL 4487895, at *1 n.1 (C.D. Cal. Aug. 23, 2016), *aff'd*, 692 F. App'x 366 (9th Cir. 2017) (taking judicial notice of thirty-four online news articles and social media posts); *Veronica Foods Co. v. Ecklin*, No. 16-CV-07223-JCS, 2017 WL 2806706, at *4 (N.D. Cal. June 29, 2017) ("The Court takes judicial notice of exhibits showing Veronica Foods' own disclosures through its websites and social media accounts, because the Court can

readily determine what Veronica Foods has disclosed by accessing those publicly available online sources.").

**Exhibit C** is a screenshot representation of a video posted on January 16, 2019 on YouTube.com by CBS films. The video is titled "FIVE FEET APART - Trailer #1 - HD - (Haley Lu Richardson, Cole Sprouse)," and available at https://www.youtube.com/watch?v=Kwg07npuJhw. The post also contains the following text:

> Stella Grant (Haley Lu Richardson) is every bit a seventeen-year-old: she's attached to her laptop and loves her best friends. But unlike most teenagers, she spends much of her time living in a hospital as a cystic fibrosis patient. Her life is full of routines, boundaries and self-control -- all of which is put to the test when she meets an impossibly charming fellow CF patient named Will Newman (Cole Sprouse).
>
> There's an instant flirtation, though restrictions dictate that they must maintain a safe distance between them. As their connection intensifies, so does the temptation to throw the rules out the window and embrace that attraction. Further complicating matters is Will's potentially dangerous rebellion against his ongoing medical treatment. Stella gradually inspires Will to live life to the fullest, but can she ultimately save the person she loves when even a single touch is off limits?

The post provides a publicly viewable trailer for *Five Feet Apart*. Ambry does not offer the YouTube post for the truth of the matter asserted. Instead, Ambry offers the post and the *Five Feet Apart* trailer for their contents and that they were publicly available as early as January 19, 2019. *See Shapiro v. Hasbro, Inc.*, No. CV 15-02964-BRO (AJWx), 2016 WL 9176559, at *4 (C.D. Cal. Aug. 23, 2016) ("[T]he Court takes judicial notice of the fact that, as of this date, it can access the videos on YouTube by following the links provided in Plaintiff's Request.").

| | | |
|---|---|---|
| Dated: | February 28, 2022 | GOODWIN PROCTER LLP |

By: */s/ Darryl M. Woo*
Darryl M. Woo
*DWoo@goodwinlaw.com*
Elizabeth J. Low
*ELow@goodwinlaw.com*

Attorneys for Defendant
Ambry Genetics Corporation