# EXHIBIT B

= Search [search icon] [mic icon] [apps icon] [kebab icon] SIGN IN

YouTube

[▶ Play video]

SKIP NAVIGATION

#FiveFeetApart
FIVE FEET APART - Trailer #1 - HD - (Haley Lu Richardson, Cole Sprouse)
3,916,358 views • Jan 16, 2019    [👍 13K]  DISLIKE   SHARE   SAVE   ...

CBS Films
89.5K subscribers                                                     SUBSCRIBE

Stella Grant (Haley Lu Richardson) is every bit a seventeen-year-old: she's attached to her laptop and loves her best friends. But unlike most teenagers, she spends much of her time living in a hospital as a cystic fibrosis patient. Her life is full of routines, boundaries and self-control -- all of which is put to the test when she meets an impossibly charming fellow CF patient named Will Newman (Cole Sprouse).

There's an instant flirtation, though restrictions dictate that they must maintain a safe distance between them. As their connection intensifies, so does the temptation to throw the rules out the window and embrace that attraction. Further complicating matters is Will's potentially dangerous rebellion against his ongoing medical treatment. Stella gradually inspires Will to live life to the fullest, but can she ultimately save the person she loves when even a single touch is off limits?

#FiveFeetApart // IN THEATERS EVERYWHERE MARCH 15

SHOW LESS

| 2:33 | FIVE FEET APART - Trailer #2 - HD (Haley Lu Richardson, Cole Sprouse) |
| | CBS Films |
| | 13M views • 3 years ago |

| 0:39 | FIVE FEET APART - It's Just Life - Clip - HD |
| | CBS Films |
| | 201K views • 2 years ago |

| 10:45 | Cole Sprouse and Haley Lu Richardson Talk Love Languages, Five Feet Apart, and More | Superlatives |
| | Seventeen ✓ |
| | 3.8M views • 2 years ago |

| 0:34 | FiveFeetApart//Surrender ✨ (human touch. Our first form of comunication) |
| | 07_Gusti Agung Eka Darma Putra |
| | 1.4K views • 1 year ago |

| | Not Cinderella's Type (2018) | Full Movie | Paris Warner | Tim Flynn | Tanner Gillman |

YouTube Search SIGN IN

It's You - Ali Gatie || Will & Stella (Five Feet Apart)
RIYAM_EDITS
39K views • 11 months ago

CODA I Both Sides Now - Emilia Jones I Music Video
aggie
104K views • 1 month ago

The FACELIFT Makeup | Best makeup tips for older women | Dominique Sachse
Dominique Sachse
5M views • 1 year ago

Marshmello ft. Bastille - Happier (Official Music Video)
Marshmello
921M views • 3 years ago

Killers
YouTube Movies
2010 • Romance
Free with Ads

The Miracle Season
YouTube Movies
2018 • Sports
Free with Ads

FIVE FEET APART - Teaser Trailer - HD (Haley Lu Richardson, Cole Sprouse)
CBS Films
8.7M views • 3 years ago

SKIP NAVIGATION

ELVIS Trailer (2022)
ONE Media
1.4M views • 6 days ago
New

Remember Me
YouTube Movies
2010 • Drama
Free with Ads

Five feet apart || Will and Stella scenes ❤️ ||
Sandeep Edits
4.1K views • 6 months ago

The Greatest Showman - Never Enough (Vídeo con letra)
Warner Music Spain
103M views • 4 years ago

FIVE FEET APART (2019) | Behind the Scenes of Haley Lu Richardson Movie
FilmIsNow Movie Bloopers & Extras
1.7M views • 2 years ago

Top 10 Saddest Teen Movie Endings
MsMojo
3.4M views • 2 years ago

DEVI & PAXTON | their full story
Lonely Satellite
6.9M views • 7 months ago

Monte Carlo
YouTube Movies
2011 • Romance
Free with Ads

SHOW MORE

695 Comments SORT BY

Add a comment...

YouTube Search SIGN IN

687 REPLY

View 8 replies

**kaykaybruno** 3 years ago
I have feeling that this will be a sad ending 😢 😭 💔

1K REPLY

View 54 replies

**Júlia Kercsmár** 3 years ago (edited)
Claire Wineland. She died after her lung transplant. Couldn't even live to see the movie she was an adviser in. Im sad. I loved her speeches, i loved her videos, she was the person i felt my personality and interests were most similar with me in the entire world. I felt so close to her from the start. I'm unable to comprehend that she's not on this earth with us anymore. 😭 i hope she's in a good place.

316 REPLY

View 6 replies

**Fantasiy Books** 3 years ago
The first trailer was better but nonetheless, I'm still gonna watch it.

225 REPLY

View 6 replies

**Dear Cybelle** 3 years ago
1:20 MY REACTION THROUGHOUT THE WHOLE TRAILER

152 REPLY

View 5 replies

**FUN WORLD with Sofía** 3 years ago (edited)
The way he said "so in" i'm really dying of love for him 😍 😭 that was the best of this trailer. Sorry, bad english.

26 REPLY

View 2 replies

SKIP NAVIGATION n 2 years ago
I cried throughout this whole damn movie. So good

3 REPLY

**Rea Dreven** 3 years ago (edited)
Two teens chilling in a hot tub, 5 feet apart cuz they have cf...

1K REPLY

View 14 replies

**Jestem Ania** 3 years ago
To będzie genialne❤️ ❤️ 😍 😍 😍

1 REPLY

**Mavis Nova** 3 years ago
This makes me happy bc I have cystics fibrosis and movies always have cancer patients now it's CF 🙂

232 REPLY

View 15 replies

**Ezra May** 3 years ago
I'm in love with them already, the acting is wonderful.

2 REPLY

**Shayla Noon** 3 years ago (edited)
Already read it. Can't wait to see this amazing story come to life!!!

1 REPLY

**Jo Mama** 3 years ago
One of them are gonna be five feet underground I can feel it

252 REPLY

View 21 replies

**Mackenzie Devaney** 2 years ago (edited)
I can't wait to see this movie with my mom this March 😍 and during my spring break

1 REPLY

**Oscar07 Button22** 3 years ago
The music picked for these trailers make me want to watch the movie more than anything hahaha, i mean come on they got some taste!!!!

90 REPLY

View 4 replies



