# EXHIBIT C



EXHIBIT C

9

*Instagram* Search     

EXHIBIT C
10