John P. Kristensen (SBN 224132)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone: 310-273-1230
Facsimile: 310-858-1063
*kristensen@cz.law*

*Attorneys for Defendant Caleb Remington*

# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS FLORES, an individual, | Case No.: 2:21-cv-07063-FLA-GJS |
| Plaintiff, | **DEFENDANT CALEB REMINGTON'S NOTICE OF SETTLEMENT** |
| v. | |
| JUSTIN BALDONI, an individual; CALEB REMINGTON, an individual; WAYFARER ENTERTAINMENT, a California limited liability company; WELLE ENTERTAINMENT, a partnership of unknown origin; LIONSGATE, INC., a California corporation; CBS FILMS, INC., a Delaware Corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Travis Flores ("Plaintiff") and defendant Caleb Remington ("Defendant"), have reached a settlement in principle. Plaintiff and Defendant require thirty (30) days to confer and execute a settlement agreement.

Dated:  February 28, 2022    Respectfully submitted,

By: */s/ John P. Kristensen*
John P. Kristensen (SBN 224132)
*kristensen@cz.law*
**CARPENTER & ZUCKERMAN**
*Attorney for Defendant Caleb Remington*

---

**DEFENDANT CALEB REMINGTON'S NOTICE OF SETTLEMENT**

## CERTIFICATE OF SERVICE

I certify that on Monday, February 28, 2022 a true and correct copy of the attached **DEFENDANT CALEB REMINGTON'S NOTICE OF SETTLEMENT** was served via CM/ECF upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Steven B. Stiglitz
Bryan J. Freeman
**FREEDMAN AND TAITELMAN LLP**
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Email: *sstiglitz@ftllp.com*
Email: *bfreedman@ftllp.com*

*Counsel for Plaintiff*

Darryl M. Woo
**GOODWIN PROCTER LLP**
Three Embarcadero Center
28th Floor
San Francisco, California 94111
Email: *dwoo@goodwinlaw.com*

*Counsel for Defendant Ambry Genetics Corporation*

David Aaron Grossman
**LOEB AND LOEB LLP**
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California
Email: *dgrossman@loeb.com*

*Counsel for Defendants Justin Baldoni, Wayfarer Entertainment, Welle Entertainment, Lionsgate, Inc., CBS Films, Inc.*

 

*/s/ John P. Kristensen*
John P. Kristensen