1  FREEDMAN + TAITELMAN, LLP
   Bryan J. Freedman, Esq. (SBN 151990)
2  Steven B.F. Stiglitz (SBN 222667)
   e-mail: bfreedman@ftllp.com
3          sstiglitz@ftllp.com
   1801 Century Park West, 5th Floor
4  Los Angeles, California 90067
   Tel: (310) 201-0005
5  Fax: (310) 201-0045

6  Attorneys for Plaintiff
7  Travis Flores

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11 | TRAVIS FLORES, an individual, | ) | Case No. 2:21-cv-07063-FLA (GSJx)
12 |                               | ) | Assigned to Hon. Fernando L. Aenlle-Rocha
   |           Plaintiffs,         | ) |
13 |      v.                       | ) |
14 |                               | ) | **STIPULATION TO DISMISS COMPLAINT AS TO**
15 | JUSTIN BALDONI, an individual; | ) | **DEFENDANTS JUSTIN BALDONI,**
   | CALEB REMINGTON, an individual;| ) | **WAYFARER ENTERTAINMENT,**
16 | WAYFARER ENTERTAINMENT, a      | ) | **LIONS GATE ENTERTAINMENT,**
   | California limited liability company; | ) | **INC. e/s/a LIONSGATE, INC., AND**
17 | WELLE ENTERTAINMENT, a         | ) | **CBS FILMS, INC.**
18 | partnership of unknown origin; | ) |
   | LIONSGATE, INC., a California  | ) |
19 | corporation; CBS FILMS, INC. a | ) |
20 | Delaware corporation; AMBRY    | ) |
   | GENETICS CORPORATION, a        | ) |
21 | Delaware corporation; and DOES 1 | ) |
22 | through 100, inclusive,        | ) |
23 |                               | ) |
   |           Defendants.         | ) |
24 |                               | ) |

25

26

27

28

1

**STIPULATION RE: DISMISSAL**

## STIPULATION

WHEREAS, on September 1, 2022, Plaintiff TRAVIS FLORES ("Plaintiff") filed the Complaint in this action.

WHEREAS, the Complaint names Defendants JUSTIN BALDONI; WAYFARER ENTERTAINMENT; LIONS GATE ENTERTAINMENT INC.; and CBS FILMS, INC. ("Film Defendants"); CALEB REMINGTON ("Remington"), AMBRY GENETICS CORPORATION ("Ambry"), and WELLE ENTERTAINMENT ("WELLE") (collectively, "Defendants").

WHEREAS, on March 24, 2022, Plaintiff filed a Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c) (C.D. Cal. Form CV-09) as to Remington, Ambry, and Welle, none of whom had answered the Complaint or filed a motion for summary judgment.

WHEREAS, on February 28, 2022, the Film Defendants answered the Complaint.

WHEREAS, in light of the Film Defendants' Answer to Complaint, a Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c) (C.D. Cal. Form CV-09) is not available as to the Film Defendants.

NOW, THEREFORE, it is stipulated and agreed by Plaintiff and the Film Defendants, by and through their respective counsel, that this action should be dismissed with prejudice as to the Film Defendants (who constitute all remaining Defendants, meaning that the action should be dismissed in its entirety) and

/
/
/
/

1  without any award of attorneys' fees or of costs. Upon the Court's endorsement
2  below, the Clerk of Court is directed to close the case.
3       IT IS SO STIPULATED.

Dated: March 24, 2022         FREEDMAN + TAITELMAN, LLP

By:  /s/ Steven B.F. Stiglitz
     Bryan J. Freedman
     Steven B.F. Stiglitz
     Attorneys for Plaintiff
     Travis Flores

Dated: March 24, 2022         LOEB & LOEB, LLP

By:  /s/ David Grossman
     David Grossman
     Attorneys for Defendants
     JUSTIN BALDONI; WAYFARER
     ENTERTAINMENT; LIONS GATE
     ENTERTAINMENT INC.; and CBS
     FILMS, INC.

**STIPULATION RE: DISMISSAL**

## SIGNATURE ATTESTATION

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all of the signatories listed above, and on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: March 24, 2022　　　　　　　　FREEDMAN + TAITELMAN, LLP

　　　　　　　　　　　　　　　　　　By:   /s/ Steven B.F. Stiglitz
　　　　　　　　　　　　　　　　　　　　Steven B.F. Stiglitz
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff