JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS FLORES, an individual, | Case No. 2:21-cv-07063-FLA (GSJx) |
| Plaintiffs, | |
| v. | **ORDER GRANTING STIPULATION TO DISMISS COMPLAINT AS TO DEFENDANTS JUSTIN BALDONI, WAYFARER ENTERTAINMENT, LIONS GATE ENTERTAINMENT, INC. e/s/a LIONSGATE, INC., AND CBS FILMS, INC. [DKT. 40]** |
| JUSTIN BALDONI, an individual; CALEB REMINGTON, an individual; WAYFARER ENTERTAINMENT, a California limited liability company; WELLE ENTERTAINMENT, a partnership of unknown origin; LIONSGATE, INC., a California corporation; CBS FILMS, INC. a Delaware corporation; AMBRY GENETICS CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

1

On March 25, 2022, Plaintiff Travis Flores ("Plaintiff") filed the subject Stipulation to Dismiss Complaint ("Stipulation"), requesting the court dismiss the action with prejudice as to all remaining Defendants.  Dkt. 40.  Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. The court DISMISSES WITH PREJUDICE the action in its entirety, without any award of attorney's fees or costs.
2. All deadlines governing this action are vacated, including the hearing on Defendant Ambry Genetics Corporation's Motion to Dismiss Counts I and II of Plaintiff's Complaint (Dkt. 28), which was withdrawn on March 28, 2022 (Dkt. 41).
3. The Clerk of the Court is directed to administratively close the case.

IT IS SO ORDERED.

Dated: March 29, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge